

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2019

No. 04-17-00645-CR

Gloria R. **PROO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757A
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

The panel has considered the Appellant's Motion to Extend Time to File Motion for Rehearing, and the motion is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court